Motion Granted; Appeal Dismissed and Memorandum
Opinion filed March 3, 2011.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-11-00043-CV

_____________

 

DAVID JENKINS, Appellant

 

V.

 

CITY OF HOUSTON, Appellee

 



 

On Appeal from the 152nd District Court

Harris County, Texas

Trial Court Cause No. 2009-13235

 



 

M E M O R
A N D U M   O P I N I O N

This is
an appeal from a summary judgment signed December 17, 2010.  On January 6,
2011, appellant, David Jenkins, filed a motion for new trial.  The trial court
granted Jenkins’s motion for new trial on January 24, 2011.  The trial court
again granted a summary judgment in favor of appellee, the City of Houston, but
the court denied the City’s plea to the jurisdiction.  The City filed a notice
of appeal from the denial of its plea to the jurisdiction.  Its appeal is
pending under this court’s appellate number 14-11-00091-CV.  

On February
22, 2011, Jenkins filed an unopposed motion to dismiss his appeal.  See
Tex. R. App. P. 42.1.  He requested that the court retain the City’s appeal
pending under 14-11-00091-CV.  The motion is granted.

Accordingly,
Jenkins’s appeal is ordered dismissed.  The City’s appeal remains pending under
our number 14-11-00091-CV.

 

PER CURIAM

 

Panel consists of Justices Anderson, Seymore, and
McCally.